## IRA K. MANSFIELD
## v.
## J. B. ALLISON.

| 16 | 31 |
| 58 | 275 |

PRACTICE.—As the appellant has assigned no errors upon the record as required by the rules of this court, the decree is affirmed.

APPEAL from the Circuit Court of Winnebago county; the Hon. WILLIAM BROWN, Judge, presiding.  Opinion filed February 5, 1885.

Mr. G. O. WILLIAMS, for appellant.

Mr. J. C. GARVER, for appellee.

PER CURIAM.   The appellant in this cause has assigned no errors upon the record as required by the rules of the court, and this omission is insisted upon by appellee as a reason for affirming the judgment.

Without assignment of errors no issue is presented for trial by this court.

The decree will be affirmed.